UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                           )<br>              PLAINTIFF,   )<br>                           )<br>    v.                         )<br>                           )<br>ASSORTED FIREARMS, FIREARMS   )<br>PARTS, and AMMUNITION   )<br>                           )<br>          DEFENDANTS-IN-REM   ) | Civ. No. 08-352-B-W |

## DECREE OF FORFEITURE

WHEREAS, on October 17, 2008, a Verified Complaint for Forfeiture against the defendants-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of Title 19, United States Code, §§ 1497 and 1595a and Title 18, United States Code, Section 545; and

WHEREAS, it appearing that process was fully issued in this action and returned according to law; and

WHEREAS, between November 5, 2008 and December 4, 2008, notice of this action was published for 30 consecutive days on the official government website www.forfeiture.gov; and

WHEREAS, on November 7, 2008, Jacques Juneau accepted service of the Verified Complaint for Forfeiture, the Summons and Warrant of Arrest and Notice; and

WHEREAS, Jacques Juneau asserted an interest in the defendants-in-rem; and

WHEREAS, on March 30, 2009, a Settlement Stipulation was entered into between Jacques Juneau and the United States of America; and

WHEREAS, on April 8, 2009, this Court ordered the Settlement Stipulation into the

record, settling this case on the terms and conditions set forth therein; and

WHEREAS, no other persons or entities have filed a claim to the defendants-in-rem and the time to file a claim has passed;

NOW THEREFORE, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the sum of $1,000 in United States currency is hereby forfeited to the United States of America as *substitute res* for the defendants-in-rem;

**IT IS FURTHER ORDERED** that the United States of America will dispose of the forfeited property in accordance with law.

Dated: April 14, 2009

                                        **SO ORDERED,**

                                        /s/John A. Woodcock, Jr.
                                        John A. Woodcock
                                        Chief United States District Judge